Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gerald Turner; | No. CV16-1323-PHX-DJH |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| First National Collection Bureau, Inc.; Collection Associates, Ltd; and Duke Capital, LLC; | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2  RESPECTFULLY SUBMITTED: __July 1, 2016__ .

3

4                                                    s/ Floyd W. Bybee
   Floyd W. Bybee, #012651
5  **BYBEE LAW CENTER, PLC**
   90 S. Kyrene Rd., Ste. 5
6  Chandler, AZ 85226-4687
   Office: (480) 756-8822
7  Fax: (480) 302-4186
   floyd@bybeelaw.com
8
   Attorney for Plaintiff
9

10 Copy of the foregoing emailed and mailed
    __July 1, 2016__ to:
11
   David L. Allen
12 JABURG WILK
   3200 N. Central Ave 20th Floor
13 Phoenix, AZ 85012
   Defendant
14

15 by __Floyd W. Bybee__

16

17

18

19

20

21

22

23

24

25

- 2 -